Marshall D. Cohen, LLC
1299 Olentangy River Road
2nd Floor, Suite C
Columbus, OH 43212

Charles E. Russell
5108 Maple Valley Drive
Columbus, OH 43228

Date:   8/09/2010

Regarding:  Russell, Charles Edward & Jan Alice
Invoice No:   00823

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 2/18/2010 | JWP | Drafted Complaint to Avoid Mortgage | 1.00 | $145.00 | $145.00 |
| 2/18/2010 | JWP | Drafted Notice of Appearance of Co-Counsel | 0.20 | $145.00 | $29.00 |
| 2/18/2010 | JWP | Drafted and Filed Summons and Notice of Appearance; Filed Complaint to Avoid Mortgage | 0.60 | $145.00 | $87.00 |
| 2/24/2010 | DRA | Client Phoned Re: Adversary Proceeding | 0.20 | $95.00 | $19.00 |
| 2/25/2010 | JWP | Phoned Client Re: Adversary Proceeding and Tax Issue | 0.10 | $145.00 | $14.50 |
| 3/24/2010 | JWP | Drafted and Filed Motion for Default Judgment - HSBC | 0.50 | $145.00 | $72.50 |
| 7/23/2010 | JWP | Received and Reviewed Order Granting Motion for Default Judgement | 0.10 | $145.00 | $14.50 |
| | | | | Total Fees | $381.50 |

### Expenses

| Start Date | Description | Quantity | Price | Charges |
|------------|-------------|----------|-------|---------|
| 2/18/2010 | Postage for Service on Adversary | 6.00 | $0.44 | $2.64 |
| | | | Total Expenses | $2.64 |

Total New Charges                                                        $384.14

Total Amount Due this Bill        $384.14